# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nike, Inc.

                Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                Defendant.

Case No.: 1:21−cv−06159

Honorable Sara L. Ellis

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 31, 2022:

    MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for entry of default [37] and enters default judgment against Defendants and in favor of Plaintiff. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.