# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>XIAOTANGGUIO STORE, et al.,<br><br>      Defendants. | Case No. 21-cv-06159<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Nike, Inc. ("Plaintiff" or "Nike") against the defendants identified on Schedule A, and using the online marketplace accounts identified on Schedule A (collectively, the " Online Marketplaces"), and Nike having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Nike having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because

Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Nike has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Nike's federally registered trademarks (the "Nike Trademarks") to residents of Illinois. In this case, Nike has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Nike Trademarks. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Nike Trademarks.

      A list of the Nike Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 978952 | NIKE (word mark) | For: Athletic shoes with spikes and athletic uniforms for use with such shoes in class 025. For: Athletic shoes without spikes and athletic uniforms for use with such shoes in class 025. |
| 1153938 | NIKE (word mark) | For: All purpose sports bags, travel bags, hand bags and shoulder bags in class 018. |
| 1214930 | NIKE (word mark) | For: Footwear in class 025. |
| 1945654 | NIKE (word mark) | For: Full line of sports clothing in class 025. |
| 1277066 | NIKE (word mark) | For: Athletic and casual clothing for men, women and children- namely, shirts, pants, shorts, jackets, warm-up suits, headwear, socks in class 025. |
| 4704670 | NIKE (word mark) | For: Eyewear; sunglasses; goggles for sports; computer application software for smart phones and mobile devices, namely, software for social networking, receipt and transmission of data, fitness, and fitness assessments; computer software for fitness and fitness assessments; sensors and electronic monitoring devices incorporating microprocessors, digital display, and accelerometers, for detecting, storing, reporting, monitoring, uploading and downloading sport, fitness training, and activity data to the internet, mobile devices, and communication with mobile devices, computers, and electronic devices in class 009. |

| | | |
|---|---|---|
| 1307123 | NIKE AIR<br>(word mark) | For: Footwear and Cushioning Elements for Footwear Soles in class 025. |
| 3192901 | NIKE FREE<br>(word mark) | For: Footwear in class 025. |
| 977190 | (swoosh design) | For: Athletic shoes with spikes and athletic uniforms for use with such shoes in class 025.<br><br>For: Athletic shoes without spikes and athletic uniforms for use with such shoes in class 025. |
| 1145473 | (swoosh design) | For: All Purpose Sports Bags, Travel Bags, Hand Bags and Shoulder Bags in class 018. |
| 1323343 | (swoosh design) | For: Footwear in class 025. |
| 4704672 | (swoosh design) | For: Eyewear; sunglasses; goggles for sports; computer application software for smart phones and mobile devices, namely, software for social networking, receipt and transmission of data, fitness, and fitness assessments; computer software for fitness and fitness assessments; sensors and electronic monitoring devices incorporating microprocessors, digital display, and accelerometers, for detecting, storing, reporting, monitoring, uploading and downloading sport, fitness training, and activity data to the internet, mobile devices, and communication with mobile |

| | | |
|---|---|---|
| | | devices, computers, and electronic devices in class 009. |
| 1284385 | [Nike swoosh logo] | For: Athletic and Casual Clothing for Men, Women and Children- Namely, Shirts, Pants, Shorts, Jackets, Warm-Up Suits, Swimwear, Tenniswear, Skirts, Sweaters, Underwear, Headwear, Socks and Wristbands in class 025. |
| 1990180 | [Nike swoosh logo] | For: full line of sports clothing in class 025. |
| 2068075 | [Nike swoosh logo with AIR] | For: footwear and clothing, namely caps, socks and sweatshirts in class 025. |
| 1571066 | [NIKE AIR logo] | For: Clothing, namely t-shirts in class 025. |
| 1284386 | [NIKE AIR logo] | For: Footwear in class 025. |

| | | |
|---|---|---|
| 1237469 | NIKE (logo) | For: Athletic and casual clothing for men, women and children-namely, shirts, pants, shorts, jackets, warm-up suits, swimwear, sweaters, underwear, headwear, and socks, handwear in class 025 |
| 1325938 | NIKE (logo) | For: Footwear in class 025. |
| 1772987 | NIKE (logo) | For: All-purpose sports bags, backpacks and duffle bags in class 018. |
| 2104329 | nike (script logo) | For: Footwear in class 025. |
| 4764071 | JUST DO IT (word mark) | For: All purpose sport bags; Backpacks in class 018.<br><br>For: Footwear; Headbands; Headwear; Pants; Shorts; Sports bras; Tank tops; Tights; Warm up suits in class 025. |
| 1875307 | JUST DO IT. (word mark) | For: Clothing, namely t-shirts, sweatshirts and caps in class 025. |
| 1200529 | SWOOSH (word mark) | For: footwear in class 025. |

| | | |
|---|---|---|
| 2164810 | SWOOSH (word mark) | For: clothing namely, socks and T-shirts in class 025. |
| 1508348 | AIR MAX (word mark) | For: footwear in class 025. |
| 1789463 | AIR TRAINER MAX (word mark) | For: footwear in class 025. |
| 5503242 | VAPORMAX (word mark) | For: Footwear in class 025. |
| 5286596 | NIKE AIR VAPORMAX (word mark) | For: Footwear in class 025. |
| 2716140 | PRESTO (word mark) | For: Footwear in class 025. |
| 3370246 | LEBRON (word mark) | For: Footwear; apparel, namely, shirts, pants, shorts, caps, hats, tank tops, t-shirts, pullovers, sweatshirts, jackets, socks in class 025. |
| 3412757 | LEBRON (word mark) | For: All-purpose sports bags, backpacks, and shoe bags for travel in class 018. |
| 1370283 | AIR JORDAN (word mark) | For: footwear and athletic clothing, namely, shirts, pants, shorts in class 025. |
| 1686515 | AIR FLIGHT (word mark) | For: footwear in class 025. |
| 4210496 | MERCURIAL (word mark) | For: Bags, namely, all-purpose sports bags, tote bags, duffle bags, messenger bags and backpacks in class 018.<br><br>For: Footwear in class 025. |
| 3780236 | DUNK (word mark) | For: athletic footwear, not to include shoe care products in class 025. |
| 4902368 | AIR FORCE 1 (word mark) | For: Apparel, namely, shirts, t-shirts; headwear, namely, hats, caps in class 025. |
| 3520484 | AIR FORCE 1 (word mark) | For: Footwear in class 025. |

| | | |
|---|---|---|
| 1027021 | CORTEZ (word mark) | For: Athletic shoes for track and field in class 025. |
| 1794058 | DRI-FIT (word mark) | For: clothing; namely, (( pants, )) shorts, tights, tops, and shirts in class 025. |
| 2571314 | DRI-FIT (word mark) | For: Clothing, namely, caps, dresses, headbands, leotards, jackets, skirts, socks, sports bras, sweatshirts, t-shirts, underwear in class 025.<br><br>For: Sporting goods, namely, baseball gloves, soccer shinguards, and golf gloves in class 028. |
| 1887959 | DRI-FIT (word mark) | For: clothing; namely, singlets, and vests in class 025. |
| 4393310 | FLYKNIT (word mark) | For: footwear in class 025. |
| 5700611 | TECHKNIT (word mark) | For: Apparel, namely, capri pants, pants, sweatpants, shorts, tank tops, t-shirts, short-sleeved shirts, long-sleeved shirts, sweatshirts, jackets, hats, caps in class 025. |
| 1839775 | THERMA-FIT (word mark) | For: clothing; namely, pants, sweatpants, jackets, sweatshirts, and vests in class 025. |
| 1558100 | (Jumpman logo) | For: Footwear, t-shirts, shorts, pullovers, pants, warm-up suits and tank tops in class 025. |
| 1742019 | (Jumpman logo) | For: all-purpose sports bags and backpacks in class 018.<br><br>For: footwear and clothing, namely pants, shorts, shirts, t-shirts, sweatshirts, tank tops, warm-up suits, jackets, hats, caps, and socks in class 025. |

| | | |
|---|---|---|
| 3725535 | (AIR JORDAN winged basketball logo) | For: Footwear; Apparel, namely, shirts, pants, shorts; Jackets, hats; Sweatshirt in class 025. |
| 4254513 | (LeBron crown logo) | For: Backpacks, duffle bags, drawstring pouches in class 018<br><br>For: Footwear; apparel, namely, jerseys, pants, shorts, t-shirts, shirts, sweatshirts, hooded sweatshirts, sweatpants, vests, tank tops, jackets, coats, socks, wrist bands, headbands, headwear, hats, caps, sweatbands, sweaters in class 025.<br><br>For: Sports balls; basketballs in class 028. |
| 5392140 | (Kyrie logo) | For: All-purpose sports bags, backpacks, duffle bags, tote bags, gym bags, drawstring pouches in class 018<br><br>For: Footwear; headwear; hats, caps, headbands, sweatbands; apparel, namely, pants, shorts, shirts, t-shirts, pullovers, jerseys, sweat shirts, sweat pants, sweaters, jackets, socks, vests, hoods in class 025. |
| 3580156 | (Y-shaped logo) | For: Footwear; apparel, namely, shirts, t-shirts, tops in class 025. |
| 4462766 | (KD logo) | For: Backpacks in class 018.<br><br>For: T-shirts, shirts, sweatshirts, pants, shorts, jackets, tops, socks, footwear in class 025. |

| | | |
|---|---|---|
| 3451904 | | For: Footwear in class 025. |
| 3451905 | | For: Footwear in class 025. |
| 5820374 | | For: Footwear in class 025. |
| 3451906 | | For: Footwear in class 025. |
| 3451907 | | For: Footwear in class 025. |
| 6368691 | | For: Footwear in class 025. |

10

| | | |
|---|---|---|
| 6368693 | | For: Footwear in class 025. |
| 6368694 | | For: Footwear in class 025. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Nike's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Nike Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Nike product or not authorized by Nike to be sold in connection with the Nike Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Nike product or any other product produced by Nike, that is not Nike's or not produced under the authorization, control, or supervision of Nike and approved by Nike for sale under the Nike Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Nike, or are sponsored by, approved by, or otherwise connected with Nike; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Nike, nor authorized by Nike to be sold or offered for sale, and which bear any of Nike's trademarks, including the Nike Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Nike Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Nike Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Nike product or not authorized by Nike to be sold in connection with the Nike Trademarks.

3. Upon Nike's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Nike Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Nike is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit Nike Trademarks in connection with the sale of products sold through at least the Defaulting Defendants' Online Marketplaces. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), DHgate and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, DHgate and Amazon Pay, are hereby released to Nike as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, DHgate and Amazon Pay, are ordered to release to Nike the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Nike has recovered full payment of monies owed to it by any Defaulting Defendant, Nike shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Nike identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Nike may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallet and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Nike is hereby released to Nike or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Nike or its counsel.

This is a Default Judgment.

Dated: February 11, 2022

Sara L. Ellis
United States District Judge

Nike, Inc. v. xiaotangguio Store, et al. - Case No. 21-cv-6159

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/912370026 | xiaotangguio Store |
| 2 | aliexpress.com/store/912370046 | 88 GIOIO JERSEY Store |
| 3 | aliexpress.com/store/912371516 | lovekuangsan Store |
| 4 | aliexpress.com/store/912371636 | anyang6 Store |
| 5 | aliexpress.com/store/912373880 | 6154131 Store |
| 6 | aliexpress.com/store/912374005 | Mr hhhh Store |
| 7 | aliexpress.com/store/912375265 | bzteam02 Store |
| 8 | aliexpress.com/store/912375632 | Meteor Men's T-shirt Store |
| 9 | aliexpress.com/store/912375912 | Men's Women's Hoodie Suit 888 Store Store |
| 10 | aliexpress.com/store/912382027 | s-nike Store |
| 11 | aliexpress.com/store/912383061 | 88668866 Store |
| 12 | aliexpress.com/store/912389016 | SDFSDFSDSFSDDFSD Store |
| 13 | aliexpress.com/store/912394359 | 853300 Store |
| 14 | aliexpress.com/store/912394762 | The ball ball Store |
| 15 | aliexpress.com/store/912395130 | LH666 Store |
| 16 | aliexpress.com/store/912396966 | azzs888666 Store |
| 17 | aliexpress.com/store/912398846 | Sparkling Store |
| 18 | aliexpress.com/store/912398987 | HO Trend House Store |
| 19 | aliexpress.com/store/912400576 | 88fa1122 Store |
| 20 | aliexpress.com/store/912400661 | LIUXINGHUAYUAN Store |
| 21 | aliexpress.com/store/912401097 | DATIAOYU Store |
| 22 | aliexpress.com/store/912402194 | 8964564 Store |
| 23 | aliexpress.com/store/912402844 | Mingchen Garment Factory Store |
| 24 | aliexpress.com/store/912402933 | kinglll Store |
| 25 | aliexpress.com/store/912404327 | OYHL58-8 Store |
| 26 | aliexpress.com/store/912404480 | lelecoco Store |
| 27 | aliexpress.com/store/912404709 | Tengyuan Store |
| 28 | aliexpress.com/store/912406810 | lhy999 Store |
| 29 | aliexpress.com/store/912407015 | Stay up late Store |
| 30 | aliexpress.com/store/912407183 | WSAP+8618059522203 Store |
| 31 | aliexpress.com/store/912407698 | h-83-09 Store |
| 32 | aliexpress.com/store/912408664 | IJBNKBM Store |
| 33 | aliexpress.com/store/912415242 | Shiny Colorful Store |
| 34 | aliexpress.com/store/912415429 | 1386666777 Store |
| 35 | aliexpress.com/store/912415840 | KKUU056 Store |
| 36 | aliexpress.com/store/912416374 | MoZi Store |
| 37 | aliexpress.com/store/912417435 | 1122334455 Store |

| 38 | aliexpress.com/store/912418186 | High quality kids 01 Store |
|---|---|---|
| 39 | aliexpress.com/store/912420303 | wangzhenghai888 Store |
| 40 | aliexpress.com/store/912420585 | Autumn and winter 2021 Store |
| 41 | aliexpress.com/store/912421231 | Men's wardrobe 003 Store |
| 42 | aliexpress.com/store/912422106 | Unique Artistic home-decoration Store |
| 43 | aliexpress.com/store/912422462 | Men's Hoodies 007 Store |
| 44 | aliexpress.com/store/912422751 | Mr. Yan004 Store |
| 45 | aliexpress.com/store/912423163 | HIGH QUALITY 20210909 Store |
| 46 | aliexpress.com/store/912423324 | Danna trendy shop Store |
| 47 | aliexpress.com/store/912423465 | BrandNewArrival- Store |
| 48 | aliexpress.com/store/912423691 | NBNBNB4 Store |
| 49 | aliexpress.com/store/912423795 | DOGHC YaFeng Store |
| 50 | aliexpress.com/store/912425194 | Nanren wardrobe Store |
| 51 | aliexpress.com/store/912425280 | 69069719zcxs Store |
| 52 | aliexpress.com/store/912426034 | Men's and women's hoodie jackets Store |
| 53 | aliexpress.com/store/912426526 | k11 Store |
| 54 | aliexpress.com/store/912427642 | Good Saleing Hoodies9889 Store |
| 55 | aliexpress.com/store/912431350 | G-Clo- Store |
| 56 | aliexpress.com/store/912432244 | A48112090 Store |
| 57 | aliexpress.com/store/912432603 | 9188888888CJZ Store |
| 58 | aliexpress.com/store/912441024 | Ali-Brand-Outlets Store |
| 59 | aliexpress.com/store/912448039 | RichGold Store |
| 60 | aliexpress.com/store/912456062 | qiyu007 Store |
| 61 | aliexpress.com/store/912456625 | Men's counter 88 Store |
| 62 | aliexpress.com/store/912456657 | Xdot Store |
| 63 | aliexpress.com/store/912457578 | darunfa2 Store |
| 64 | aliexpress.com/store/912457596 | pqq88 Store |
| 65 | aliexpress.com/store/912457628 | Tricolor grass Store |
| 66 | aliexpress.com/store/912457637 | Winter in 2021 Store |
| 67 | aliexpress.com/store/912457832 | Shop20210927 Store |
| 68 | aliexpress.com/store/912457972 | jieyidsghudse Store |
| 69 | aliexpress.com/store/912459454 | 0808080808 Store |
| 70 | aliexpress.com/store/912459861 | xiankun Store |
| 71 | aliexpress.com/store/912459928 | 23 Childhood Factory Store |
| 72 | aliexpress.com/store/912460598 | chaxioaa2 Store |
| 73 | aliexpress.com/store/912461852 | QJHJH666Q Store |
| 74 | aliexpress.com/store/912462075 | XiaoWang001 Store |
| 75 | aliexpress.com/store/912462639 | gfjkgjk11 Store |
| 76 | aliexpress.com/store/912464897 | wlikw Boutique Store |
| 77 | aliexpress.com/store/912465431 | 5110505 Store |
| 78 | aliexpress.com/store/912465583 | TING 0916 Store |
| 79 | aliexpress.com/store/912465885 | Men's wardrobe 6666 Store |

| # | URL | Store Name |
|---|---|---|
| 80 | aliexpress.com/store/912466533 | Hailong Store |
| 81 | aliexpress.com/store/912467336 | Orchidhouse Store |
| 82 | aliexpress.com/store/912467500 | 25555 Store |
| 83 | aliexpress.com/store/912469634 | 1306 Store |
| 84 | aliexpress.com/store/912469942 | OutletsBrand Store |
| 85 | aliexpress.com/store/912470053 | beautiful art@ Store |
| 86 | aliexpress.com/store/912470290 | 01Windbreaker Store |
| 87 | aliexpress.com/store/912470373 | fw123456 Store |
| 88 | aliexpress.com/store/912470609 | 202188999 Store |
| 89 | aliexpress.com/store/912472193 | BrandCloth- Store |
| 90 | aliexpress.com/store/912472460 | 50% off the whole store 30 Store |
| 91 | aliexpress.com/store/912472747 | Future Children's Station Store |
| 92 | aliexpress.com/store/912484008 | ESHANGSHUI1888 Store |
| 93 | aliexpress.com/store/912485415 | 111222333 Store |
| 94 | aliexpress.com/store/912486576 | Children's colorful house wardrobe Store |
| 95 | aliexpress.com/store/912486809 | 857857Shopping Store |
| 96 | aliexpress.com/store/912487199 | qin12345678 Store |
| 97 | aliexpress.com/store/912487580 | Chaoshang Baby Store Store |
| 98 | aliexpress.com/store/912487689 | klsnhvs6545 Store |
| 99 | aliexpress.com/store/912488516 | BD888 Store |
| 100 | aliexpress.com/store/912488811 | sgwdsqj Store |
| 101 | aliexpress.com/store/912489217 | sfwrwc Store |
| 102 | aliexpress.com/store/912489729 | SQ109116886 Store |
| 103 | aliexpress.com/store/912490601 | xi er Store |
| 104 | aliexpress.com/store/912491012 | Pinyiyidao Store |
| 105 | aliexpress.com/store/912491542 | A bra 888 Store |
| 106 | aliexpress.com/store/912491625 | High Street Sportswear Store |
| 107 | aliexpress.com/store/912491856 | NJKE9 Store |
| 108 | aliexpress.com/store/912493771 | Poeticlanguage6666 Store |
| 109 | aliexpress.com/store/912494119 | 8888 Trsk Store |
| 110 | aliexpress.com/store/912494175 | Pinxin Children's Set Shop Store |
| 111 | aliexpress.com/store/912494548 | AYOYOAA Store |
| 112 | aliexpress.com/store/912494761 | Handsome shop Store |
| 113 | aliexpress.com/store/912496008 | Chu Ba Store |
| 114 | aliexpress.com/store/912496176 | 88899966 Store |
| 115 | aliexpress.com/store/912496450 | 4-14Children's clothes Store |
| 116 | aliexpress.com/store/912497583 | Men's sweater suit Store |
| 117 | aliexpress.com/store/912497707 | Xiaohe Clothes Supermarket Store |
| 118 | aliexpress.com/store/912498058 | 330222SMT Store |
| 119 | aliexpress.com/store/912500528 | AAAYOYOAAA Store |
| 120 | aliexpress.com/store/912500718 | Xiao Hei 666 Store |
| 121 | aliexpress.com/store/912500849 | Garden baby children's Store |

| | | |
|---|---|---|
| 122 | aliexpress.com/store/912501134 | Men's boutique counter Store |
| 123 | aliexpress.com/store/912502099 | DDrr.. Store |
| 124 | aliexpress.com/store/912502852 | QPP GO Store |
| 125 | aliexpress.com/store/912509115 | Hardcover men's Store |
| 126 | aliexpress.com/store/912509806 | Little black 777 Store |
| 127 | aliexpress.com/store/912510072 | 1970 Store |
| 128 | aliexpress.com/store/912510609 | hengxiyibas8888 Store |
| 129 | aliexpress.com/store/912510828 | Squid Game 666 Store |
| 130 | aliexpress.com/store/912511677 | 188789 Store |
| 131 | aliexpress.com/store/912511721 | 9391 Store |
| 132 | aliexpress.com/store/912513317 | 7752111 Store |
| 133 | aliexpress.com/store/912513582 | 1991987295 Store |
| 134 | aliexpress.com/store/912513962 | qq52077 Store |
| 135 | aliexpress.com/store/912515547 | 666666888888888 Store |
| 136 | aliexpress.com/store/912516593 | Club des hommes Store |
| 137 | aliexpress.com/store/912516665 | a8z16z8a66a Store |
| 138 | aliexpress.com/store/912516833 | luosike200326 Store |
| 139 | aliexpress.com/store/912517580 | kopsl6991 Store |
| 140 | aliexpress.com/store/912518217 | shangshang45888 Store |
| 141 | aliexpress.com/store/912518229 | 258369123 Store |
| 142 | aliexpress.com/store/912519343 | fuwoya Store |
| 143 | aliexpress.com/store/912519833 | miliblanket Store |
| 144 | aliexpress.com/store/912520307 | Roihsp639928 Store |
| 145 | aliexpress.com/store/912521148 | 1577765278hxbj Store |
| 146 | aliexpress.com/store/912522228 | BB777888 Store |
| 147 | aliexpress.com/store/912522504 | Aiie Store |
| 148 | aliexpress.com/store/912523107 | xiao guo 8868 Store |
| 149 | aliexpress.com/store/912524326 | 2021what Store |
| 150 | aliexpress.com/store/912525022 | 455645645341 Store |
| 151 | aliexpress.com/store/912525025 | Shuai Fanda Store |
| 152 | aliexpress.com/store/912525478 | 081013 Store |
| 153 | aliexpress.com/store/912537202 | Hoodie-sweatshirt set Store |
| 154 | aliexpress.com/store/912539115 | weilaihengxin Store |
| 155 | aliexpress.com/store/912541002 | 1577917696cjev Store |
| 156 | aliexpress.com/store/912553017 | 334849983 Store |
| 157 | aliexpress.com/store/912555019 | Sweater 111888 Store |
| 158 | aliexpress.com/store/912568255 | shakn Store |
| 159 | aliexpress.com/store/912569140 | AA1020 Store |
| 160 | aliexpress.com/store/912576213 | 18070318301 Store |
| 161 | aliexpress.com/store/912577494 | M-Shoes Dropshipping Store |
| 162 | aliexpress.com/store/912582496 | 1807031830 Store |
| 163 | aliexpress.com/store/912584023 | Everyday Accessories Store |

| | | |
|---|---|---|
| 164 | aliexpress.com/store/912588046 | 682 Saleing Dropshipping Store |
| 165 | aliexpress.com/store/912604240 | 8852 Store |
| 166 | aliexpress.com/store/912606189 | wulili Store |
| 167 | aliexpress.com/store/912607203 | Snow-shoe Store |
| 168 | aliexpress.com/store/912607328 | Siobhan Store |
| 169 | aliexpress.com/store/912617356 | shiping147258aa Store |
| 170 | aliexpress.com/store/912618111 | fafa 7777 Store |
| 171 | aliexpress.com/store/912620132 | huye18918 Store |
| 172 | aliexpress.com/store/912622323 | Man's Sets Factory Store |
| 173 | aliexpress.com/store/912625326 | Shop912625326 Store |
| 174 | aliexpress.com/store/912625656 | Shop912625656 Store |
| 175 | aliexpress.com/store/912627340 | Shop912627340 Store |
| 176 | DISMISSED | DISMISSED |
| 177 | amazon.com/sp?seller=A31T8A79CWGQTI | Shandong ZhiShuo Co.,Ltd |
| 178 | amazon.com/sp?seller=A32UGX5YT1BE60 | Xiaoxin Life Museum |
| 179 | amazon.com/sp?seller=A33RA40MDAG4Q2 | yanyandefuzhuangdian |
| 180 | amazon.com/sp?seller=A3695N0P11NAQG | Borax123 |
| 181 | amazon.com/sp?seller=A37S089T231378 | CROSROAD |
| 182 | amazon.com/sp?seller=A39NHYRVBH45NL | A39NHYRVBH45NL |
| 183 | amazon.com/sp?seller=A3AS0JSGCNIDIQ | Hzmsds |
| 184 | amazon.com/sp?seller=A3CA4K5FLQWLDC | Light Diamond |
| 185 | amazon.com/sp?seller=A3DK0XE9ZE4NC7 | A3DK0XE9ZE4NC7 |
| 186 | amazon.com/sp?seller=A3ERUI2S8EDSOU | Zhoumiaomiao |
| 187 | amazon.com/sp?seller=A3GIWXTZOCW6CH | Ge Xun Dian |
| 188 | amazon.com/sp?seller=A3HPGSSUXP4MSB | Zping Edison |
| 189 | amazon.com/sp?seller=A3IBSWYCNE8JRS | xiefengshengdedianpu |
| 190 | amazon.com/sp?seller=A3IE64WDBSZLOQ | AHAKAC Direct |
| 191 | amazon.com/sp?seller=A3IVPPVM78H01S | ChengDuLiZhuoMaoYiYouXianGongSi |
| 192 | amazon.com/sp?seller=A3JMAVLSR2X9DZ | NLanyard Store |
| 193 | amazon.com/sp?seller=A3N6TH5NNGJ3A3 | A3N6TH5NNGJ3A3 |
| 194 | amazon.com/sp?seller=A3QZL64PZIEQ99 | nan ping shi jian yang qu lin nong hao mao bai huo |
| 195 | amazon.com/sp?seller=A3TRYP6TG04AIH | CJLSshop |
| 196 | amazon.com/sp?seller=A6LVWG9OHA460 | AIDELAI |
| 197 | amazon.com/sp?seller=A8F2L0067ZJYY | lijialededianpu |
| 198 | amazon.com/sp?seller=A8TKWN4J9NH5D | He Nan Feng Ai Mao Yi You Xian Gong Si |
| 199 | amazon.com/sp?seller=ADC3D9DX34J47 | tianqunling |
| 200 | amazon.com/sp?seller=AFJUUJ7OOLRFD | Enbei |
| 201 | amazon.com/sp?seller=AHM17MHA3LUSR | HANKEXUN |
| 202 | amazon.com/sp?seller=AI4OHQ2OROR5K | HDJ NEONSIGN |
| 203 | amazon.com/sp?seller=AJXM3OKOM74VG | Rohero |
| 204 | amazon.com/sp?seller=AMVFNU3GY4WMJ | PaulSLazarus |

| 205 | amazon.com/sp?seller=AP2J39BRCUKTN | ArtfamiStore |
| --- | --- | --- |
| 206 | amazon.com/sp?seller=APSED5M9J3SPS | changgeshifengqingshangmaoyouxiangongsi |
| 207 | amazon.com/sp?seller=AW6OCH3LPYZ3B | LSJCL |
| 208 | amazon.com/sp?seller=AXUMZD10HP45Q | xiaoxuededian |
| 209 | instagram.com/xiaoxiangqin1/ | xiaoxiangqin1 |
| 210 | instagram.com/kicklin.official/ | kicklin.official |